FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 MAR 20  AM 9: 27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

ANTHONY J. PROCHILO,

        Plaintiff,

vs.                                                                                    Case No.  2:06-cv-622-FtM-34SPC

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Dkt. No. 16; Report), entered January 28, 2008, recommending that the Commissioner of Social Security's decision be affirmed. See Report at 26.  The parties have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Rule 72(b) advisory committee's note (1983); see also Macort v. Prem, Inc., No. 06-12316, 208 Fed. Appx. 781, 784-85 (11th Cir. Nov. 30, 2006) (per curiam).  Therefore, if no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings, but will review the legal conclusions in the report de novo to determine whether there is any clear error.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); Cooper-Houston v. Southern

Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record and it will accept the recommendation of the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1.  Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Dkt. No. 16) is **ACCEPTED**.

2.  The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) **AFFIRMING** the Commissioner's decision and to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this 20th day of March, 2008.

**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

The Honorable Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record